Certificate Number: 17082-PAM-DE-032274744

Bankruptcy Case Number: 19-00510



17082-PAM-DE-032274744

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on February 10, 2019, at 12:55 o'clock PM MST, CHRISTOPHER L GATLING Sr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 10, 2019     By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director