Certificate Number: 17082-PAM-DE-032274745

Bankruptcy Case Number: 19-00510



17082-PAM-DE-032274745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 10, 2019, at 12:55 o'clock PM MST, DAWN M GATLING completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 10, 2019

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director