IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher L Gatling, Sr | Chapter 13 |
| Dawn Michele Gatling | |
| Debtors | 1:19-bk-00510-HWV |
| | |
| Christopher L Gatling, Sr | Motion to Extend Time |
| Dawn Michele Gatling | |
| Movants | |

## MOTION FOR EXTENSION OF TIME

**AND NOW**, the Debtors, by and through their attorney, Dawn Cutaia, of Pugh & Cutaia, PLLC, file this Motion for Extension of Time and in support thereof state the following:

1. Debtors filed a Chapter 13 Bankruptcy petition on February 5, 2019.
2. Their remaining paperwork is due February 19, 2019.
3. Debtors' paperwork is complete, Counsel just needs to review it with Debtors.
4. Debtors have provided Counsel with all documentation needed.
5. This is the Debtors' first request for an extension.

**WHEREFORE**, Debtors respectfully requests this Honorable Court grant them an extension until February 28, 2019, to file all required documents.

Date: 2/19/18

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtors
Supreme Court ID 77965

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher L Gatling, Sr | Chapter 13 |
| Dawn Michele Gatling | |
|     Debtors | 1:19-bk-00510-HWV |
| | |
| Christopher L Gatling, Sr | Motion to Extend Time |
| Dawn Michele Gatling | |
|     Movants | |

## ORDER

Upon consideration of the Debtors' Motion to Extend Time, said Motion is hereby **GRANTED** and the Debtors are given an extension until February 28, 2019, to file all required documents.