```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 19-00510-HWV
Christopher L Gatling, Sr                                               Chapter 13
Dawn Michele Gatling
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh                Page 1 of 2                   Date Rcvd: Mar 25, 2019
                               Form ID: ntcnfhrg            Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
```
db/jdb        +Christopher L Gatling, Sr,   Dawn Michele Gatling,   7958 Erinvale Ln,
                Seven Valleys, PA 17360-7700
5159135       +AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
5170730       +Ascendium Education Solutions, Inc.,   PO BOX 8961,   Madison, WI 53708-8961
5159136       +BROCH HIVELY,   125 N GEORGE ST,   York, PA 17401-1101
5170892        CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
                Greenville, SC 29603-0368
5159138       +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                St Louis, MO 63179-0034
5159133        Department of Revenue,   1 Revenue Place,   Harrisburg, PA 17129-0001
5159142       +EdFinancial Services,   Attn: Bankruptcy,   Po Box 36008,   Knoxville, TN 37930-6008
5164960       +Edfinancial on behalf of US Dept. of Education,   120 N. Seven Oaks Dr.,
                Knoxville, TN 37922-2359
5159143       +First Saving Bank / Blaze,   Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
5159144        Fox and Fox Attorneys,   425 Swede Street,   Suite 706,   Norristown, PA 19401
5159132        Internal Revenue Service,   Andover, MA 01810-9041
5159146       +Johns Hopkins,   PO Box 417714,   Boston, MA 02241-7714
5159147        Johns Hopkins,   PO Box 64896,   Baltimore, MD 21264-4896
5159150       +Lando Resorts,   2626 E. Oakland Park Blvd.,   Fort Lauderdale, FL 33306-1668
5159151       +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
5159154       +Navient,   Attn: Bankruptcy,   Po Box 9000,   Wiles-Barr, PA 18773-9000
5159158       +RoundPoint Mortgage Servicing Corp,   Attn: Bankruptcy,   Po Box 19409,
                Charlotte, NC 28219-9409
5175905       +RoundPoint Mortgage Servicing Corporation,   5016 Parkway Plaza Blvd Buildings 6&8,
                Charlotte, NC 28217-1932
5159159       +SECU,   Attn: Bankruptcy,   Po Box 23896,   Baltimore, MD 21203-5896
5159160       +SECU of Maryland,   Attn: Bankruptcy,   Po Box 23896,   Baltimore, MD 21203-5896
5159161        Target,   Target Card Services,   Mail Stop NCB-0461,   Minneapolis, MN 55440
5159162       +Transunion Retirement,   4333 Edgewood,   Cedar Rapids, IA 52499-3830
5159164       +Vacation Village,   2975 Arabian Nights Blvd,   Kissimmee, FL 34747-4551
5159165       +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
5159166       +Wellspan Health,   1001 S. George Street,   York, PA 17403-3676
5159167       +Whte Rse Fin,   1601 S George St,   York, PA 17403-4507
5159168       +Yk Cr Bureau,   33 S Duke St,   York, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5174829       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 25 2019 19:34:16     Asset Acceptance LLC,
                Midland Credit Management as agent for,   Asset Acceptance LLC,   Po Box 2036,
                Warren, MI 48090-2036
5159137       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2019 19:38:19     Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
5159139       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2019 19:34:03
                Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
                Columbus, OH 43218-2125
5159140       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2019 19:34:04     Comenity Bkl/Ulta,
                Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
5159141       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 25 2019 19:37:29     Credit One Bank,
                Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
5159145       +E-mail/Text: mstover@gercls.com Mar 25 2019 19:34:46     Great Eastern Resort,   PO Box 6006,
                Charlottesville, VA 22906-6006
5159148        E-mail/Text: Collectbknotices@jhfcu.org Mar 25 2019 19:34:46
                Johns Hopkins Federal Credit Union,   Attn: Bankruptcy,   2027 East Monument Street,
                Baltimore, MD 21205
5159149       +E-mail/Text: bncnotices@becket-lee.com Mar 25 2019 19:33:23     Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
5170396        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2019 19:37:38     LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5170891        E-mail/Text: bkr@cardworks.com Mar 25 2019 19:33:14     MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5159152       +E-mail/Text: bkr@cardworks.com Mar 25 2019 19:33:14     Merrick Bank/CardWorks,
                Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
5159153       +E-mail/Text: Bankruptcies@nragroup.com Mar 25 2019 19:34:49     National Recovery Agency,
                Attn: Bankruptcy,   Po Box 67015,   Harrisburg, PA 17106-7015
5159155       +E-mail/Text: bnc@nordstrom.com Mar 25 2019 19:33:25     Nordstrom FSB,   Attn: Bankruptcy,
                Po Box 6555,   Englewood, CO 80155-6555
5166581        E-mail/PDF: cbp@onemainfinancial.com Mar 25 2019 19:38:12     ONEMAIN,   P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
5159156       +E-mail/PDF: cbp@onemainfinancial.com Mar 25 2019 19:37:47     OneMain Financial,
                Attn: Bankruptcy,   601 Nw 2nd Street,   Evansville, IN 47708-1013
5159567       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2019 19:37:31
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5170415         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2019 19:37:59
                  Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
5159157        +E-mail/Text: Supportservices@receivablesperformance.com Mar 25 2019 19:34:44
                  Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
5172754         E-mail/Text: appebnmailbox@sprint.com Mar 25 2019 19:34:18        Sprint Corp,
                  Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
5159163        +E-mail/Text: bankruptcydepartment@tsico.com Mar 25 2019 19:34:43        Transworld System Inc,
                  Attn: Bankruptcy,    Po Box 15618,    Wilmington, DE 19850-5618
5159134        +E-mail/Text: kcm@yatb.com Mar 25 2019 19:33:19      York Adams Tax Bureau,    PO BOX 15627,
                  York, PA 17405-0156
                                                                                               TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 2 Dawn Michele Gatling dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Christopher L Gatling, Sr dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James     Warmbrodt    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christopher L Gatling Sr,<br>**Debtor 1**<br><br>Dawn Michele Gatling,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19–bk–00510–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 24, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: May 1, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 25, 2019 |

ntcnfhrg (03/18)