UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: CHRISTOPHER L GATLING, SR<br>DAWN MICHELE GATLING | CASE NO: 19-00510<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |
|---|---|

On 9/17/2019, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/17/2019

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: CHRISTOPHER L GATLING, SR<br>DAWN MICHELE GATLING | CASE NO: 19-00510<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |
|---|---|

On 9/17/2019, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/17/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA  17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-19-BK-00510-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
MON SEP 16 17-26-08 EDT 2019

AMERICREDIT FINANCIAL SERVICES INC DBA GM
P O BOX 183853
ARLINGTON TX 76096-3853

AMERICREDITGM FINANCIAL
ATTN BANKRUPTCY
PO BOX 183853
ARLINGTON TX 76096-3853

ASCENDIUM EDUCATION SOLUTIONS INC
2501 INTERNATIONAL LANE
MADISON WI 53704-3180

ASSET ACCEPTANCE LLC
MIDLAND CREDIT MANAGEMENT AS AGENT FOR ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN MI 48090-2036

BROCH HIVELY
125 N GEORGE ST
YORK PA 17401-1101

CW NEXUS CREDIT CARD HOLDINGS L LLC
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE NA
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

CITIBANK NA
701 EAST 60TH STREET NORTH
SIOUX FALLS SD 57104-0493

CITIBANKTHE HOME DEPOT
ATTN RECOVERYCENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

COMENITY BANKVICTORIA SECRET
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY BKLULTA
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

CREDIT ONE BANK
ATTN BANKRUPTCY
PO BOX 98873
LAS VEGAS NV 89193-8873

DAWN MARIE CUTAIA
PUGH AND CUTAIA PLLC
115 E PHILADELPHIA STREET
YORK PA 17401-2437

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEPARTMENT STORES NATIONAL BANK
CO QUANTUM3 GROUP LLC
PO BOX 657
KIRKLAND WA 98083-0657

DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

EDFINANCIAL SERVICES
ATTN BANKRUPTCY
PO BOX 36008
KNOXVILLE TN 37930-6008

EDFINANCIAL ON BEHALF OF US DEPT OF EDUCATI
120 N SEVEN OAKS DR
KNOXVILLE TN 37922-2359

EDUCATIONAL CREDIT MANAGEMENT CORPORATION
PO BOX 16408
ST PAUL MN 55116-0408

FIRST SAVING BANK  BLAZE
ATTN BANKRUPTCY
PO BOX 5096
SIOUX FALLS SD 57117-5096

FOX AND FOX ATTORNEYS
425 SWEDE STREET
SUITE 706
NORRISTOWN PA 19401

DEBTOR
CHRISTOPHER L GATLING SR
7958 ERINVALE LN
SEVEN VALLEYS PA 17360-7700

DAWN MICHELE GATLING
7958 ERINVALE LN
SEVEN VALLEYS PA 17360-7700

GREAT EASTERN RESORT
PO BOX 6006
CHARLOTTESVILLE VA 22906-6006

Main Document    Page 3 of 5

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>ANDOVER MA 018109041 | JOHNS HOPKINS<br>PO BOX 417714<br>BOSTON MA 02241-7714 |
| JOHNS HOPKINS<br>PO BOX 64896<br>BALTIMORE MD 21264-4896 | JOHNS HOPKINS FEDERAL CREDIT UNION<br>2027 E MONUMENT STREET<br>BALTIMORE MD 21205-2222 | JOHNS HOPKINS HOSPITAL<br>PO BOX 417714<br>BOSTON MA 02241-7714 |
| KOHLSCAPITAL ONE<br>KOHLS CREDIT<br>PO BOX 3120<br>MILWAUKEE WI 53201-3120 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LANDO RESORTS<br>2626 E OAKLAND PARK BLVD<br>FORT LAUDERDALE FL 33306-1668 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MARINER FINANCE<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 | MERRICK BANKCARDWORKS<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 |
| NATIONAL RECOVERY AGENCY<br>ATTN BANKRUPTCY<br>PO BOX 67015<br>HARRISBURG PA 17106-7015 | NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9000<br>WILES-BARR PA 18773-9000 | NORDSTROM FSB<br>ATTN BANKRUPTCY<br>PO BOX 6555<br>ENGLEWOOD CO 80155-6555 |
| ONEMAIN<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>601 NW 2ND STREET<br>EVANSVILLE IN 47708-1013 | PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PINNACLE CREDIT SERVICES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RECEIVABLES PERFORMANCE MGMT<br>ATTN BANKRUPTCY<br>PO BOX 1548<br>LYNNWOOD WA 98046-1548 |
| ROUNDPOINT MORTGAGE SERVICING CORP<br>ATTN BANKRUPTCY<br>PO BOX 19409<br>CHARLOTTE NC 28219-9409 | ROUNDPOINT MORTGAGE SERVICING<br>CORPORATION<br>5016 PARKWAY PLAZA BLVD BUILDINGS 68<br>CHARLOTTE NC 28217-1932 | SECU<br>ATTN BANKRUPTCY<br>PO BOX 23896<br>BALTIMORE MD 21203-5896 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SECU OF MARYLAND<br>ATTN BANKRUPTCY<br>PO BOX 23896<br>BALTIMORE MD 21203-5896 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | STATE EMPLOYEES CREDIT UNION<br>PO BOX 2070<br>GLEN BURNIE MD 21060-2070 |
| TD BANK USA NA<br>C O WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | TARGET<br>TARGET CARD SERVICES<br>MAIL STOP NCB-0461<br>MINNEAPOLIS MN 55440 | TRANSUNION RETIREMENT<br>4333 EDGEWOOD<br>CEDAR RAPIDS IA 52499-3830 |
| TRANSWORLD SYSTEM INC<br>ATTN BANKRUPTCY<br>PO BOX 15618<br>WILMINGTON DE 19850-5618 | UMSJMGH ST JOSEPH CARDIOVASCULAR<br>7505 OSLER DR<br>TOWSON MD 21204-7737 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 |
| VACATION VILLAGE<br>2975 ARABIAN NIGHTS BLVD<br>KISSIMMEE FL 34747-4551 | VISA DEPT STORE NATIONAL BANKMACYS<br>ATTN BANKRUPTCY<br>PO BOX 8053<br>MASON OH 45040-8053 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |
| WELLSPAN HEALTH<br>PO BOX 742688<br>CINCINNATI OH 45274-2688 | WELLSPAN HEALTH<br>1001 S GEORGE STREET<br>YORK PA 17403-3676 | WHTE RSE FIN<br>1601 S GEORGE ST<br>YORK PA 17403-4507 |
| YK CR BUREAU<br>33 S DUKE ST<br>YORK PA 17401-1401 | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 | |