UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
**Christopher L Gatling, Sr**  
**Dawn Michele Gatling**

CASE NO. 1:19-bk-00510-HWV

**Debtor (s)**  

Chapter 13

### CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Pugh & Cutaia PLLC, hereby certify that on 10/21/2020, a true and correct copy of the foregoing **Motion to modify plan, Certificate Regarding Service of Amended Chapter 13 Plan, Passive Notice, and 2nd amended plan** was served by first-class mail, postage prepaid on the following parties:

**Roundpoint Mortgage**  
**c/o James C. Warmbrodt, Esquire**  
**KML Law Group, P.C.**  
**701 Market Street, Suite 5000**  
**Philadelphia, PA 19106-1532**

**Logan's Reserve HOA**  
**7400 Player Blvd**  
**Seven Valleys, PA 17360**

Respectfully Submitted:

/s/ Dawn M. Cutaia  
Pugh & Cutaia PLLC  
115 E. Philadelphia St.  
York, PA 17401