UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-00510-HWV-13

CHRISTOPHER L. GATLING and DAWN GATLING  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

  Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-00510-HWV-13

CHRISTOPHER L. GATLING and DAWN GATLING  Chapter 13
    Debtor(s)

**Certificate of Service**
This Request for Notice was served electronically on the following individuals on January 5, 2021 :

DAWN MARIE CUTAIA
115 E PHILADELPHIA ST
YORK, PA 17401

Charles J. DeHart III
8125 Adams Drive
Suite A
Hummelstown, PA 17036

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx22077 / 980689