UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO. 19-00510

Christopher L Gatling, Sr
Dawn Michele Gatling

Debtor (s)  Chapter 13

## CERTIFICATE OF SERVICE

I, Dawn M. Cutaia, of Pugh & Cutaia PLLC, hereby certify that on 7/5/2021, a true and correct copy of the foregoing **NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION, MOTION TO MODIFY PLAN POST CONFIRMATION, CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN AND 3rd AMENDED PLAN,** was served by electronic filing on the following parties:

Americredit
c/o Bill Craig

**served via ECF**

Respectfully Submitted:

/s/ Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401