Rev. 09/01/14

LOCAL BANKRUPTCY FORM 3015-2(a)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Christopher L Gatling, Sr
Dawn Michele Gatling : CASE NO. 1 - 19 -bk- 00510

Debtor(s) :

CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN
(Altering Treatment of Claims)

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the Third Amended Chapter 13 Plan filed on 7/2/2021 proposes to alter the treatment of the claims of the following creditors included in the confirmed Chapter 13 Plan:

Americredit Financial Services c/o Bill Craig

I further certify that notice of the filing of the Third Amended Chapter 13 Plan has been served on the above listed creditors and the Chapter 13 trustee, as evidenced by the attached certificate of service, and that no other party, other than the creditors listed above, will be affected by the provisions of the Third Amended Chapter 13 Plan.

/s/ Dawn M Cutaia
Counsel for Debtor(s)

Dated: 7/2/2021