B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT

**MIDDLE DISTRICT** District Of **PENNSYLVANIA**

In re _Christopher L Gatling, Sr and Dawn Michele Gatling_    Case No. _1:19-bk-00510-HWV_
                        Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____        *christopher gatling*
           Date        _____
                                                   Debtor

_____        _____
    Date                              Debtor

# Gatling discharge cert

Final Audit Report 2024-03-18

| | |
|---|---|
| Created: | 2024-03-18 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAsBXibWcpdIiAR1rCvsLhI8iSoqWMhF4T |

## "Gatling discharge cert" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2024-03-18 - 6:35:32 PM GMT

- Document emailed to Christopher Gatling (cgatling@gmail.com) for signature
  2024-03-18 - 6:35:37 PM GMT

- Email viewed by Christopher Gatling (cgatling@gmail.com)
  2024-03-18 - 7:01:23 PM GMT

- Document e-signed by Christopher Gatling (cgatling@gmail.com)
  Signature Date: 2024-03-18 - 7:02:27 PM GMT - Time Source: server

- Agreement completed.
  2024-03-18 - 7:02:27 PM GMT

**Adobe Acrobat Sign**

Case 1:19-bk-00510-HWV    Doc 83    Filed 03/19/24    Entered 03/19/24 09:23:37    Desc
Main Document      Page 3 of 3