United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                             Case No. 19-00510-HWV

Christopher L Gatling, Sr                                                       Chapter 13

Dawn Michele Gatling

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                 User: AutoDocke                                     Page 1 of 5

Date Rcvd: Mar 20, 2024                           Form ID: 3180W                                Total Noticed: 71

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Christopher L Gatling, Sr, 7958 Erinvale Ln, Seven Valleys, PA 17360-7700 |
| jdb | #+ | Dawn Michele Gatling, 7958 Erinvale Ln, Seven Valleys, PA 17360-7700 |
| cr | | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, TX 76096 |
| cr | + | Springfield Township York County Sewer Authority, P.O. Box 75, Seven Valleys, PA 17360-0075 |
| 5159136 | + | BROCH HIVELY, 125 N GEORGE ST, York, PA 17401-1101 |
| 5159144 | | Fox and Fox Attorneys, 425 Swede Street, Suite 706, Norristown, PA 19401 |
| 5159132 | | Internal Revenue Service, Andover, MA 01810-9041 |
| 5159146 | + | Johns Hopkins, PO Box 417714, Boston, MA 02241-7714 |
| 5159147 | | Johns Hopkins, PO Box 64896, Baltimore, MD 21264-4896 |
| 5184875 | | Johns Hopkins Hospital, PO Box 417714, Boston, MA 02241-7714 |
| 5159150 | + | Lando Resorts, 2626 E. Oakland Park Blvd., Fort Lauderdale, FL 33306-1603 |
| 5159157 | #+ | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 5159159 | + | SECU, Attn: Bankruptcy, Po Box 23896, Baltimore, MD 21203-5896 |
| 5159160 | + | SECU of Maryland, Attn: Bankruptcy, Po Box 23896, Baltimore, MD 21203-5896 |
| 5159162 | + | Transunion Retirement, 4333 Edgewood, Cedar Rapids, IA 52499-0001 |
| 5184877 | + | UMSJMGH ST. Joseph Cardiovascular, 7505 Osler Dr., Towson, MD 21204-7736 |
| 5159164 | + | Vacation Village, 2975 Arabian Nights Blvd, Kissimmee, FL 34747-4551 |
| 5184876 | | WellSpan Health, PO Box 742688, Cincinnati, OH 45274-2688 |
| 5159167 | + | Whte Rse Fin, 1601 S George St, York, PA 17403-4507 |
| 5159168 | + | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 20 2024 22:44:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5383984 | | EDI: PHINAMERI.COM | Mar 20 2024 22:44:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5170730 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 20 2024 18:46:00 | Ascendium Education Solutions, Inc., PO BOX 8961, Madison, WI 53708 |
| 5176542 | + | EDI: PHINAMERI.COM | Mar 20 2024 22:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5159135 | + | EDI: PHINAMERI.COM | Mar 20 2024 22:44:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5298455 | + | EDI: PHINAMERI.COM | Mar 20 2024 22:44:00 | Americredit Financial Services, Inc., d/b/a GM |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 5174829 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Mar 20 2024 18:46:00 | Asset Acceptance LLC, Midland Credit Management as agent for, Asset Acceptance LLC, Po Box 2036, Warren, MI 48090-2036 |
| 5170892 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2024 18:46:43 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5159137 | + | EDI: CAPITALONE.COM | Mar 20 2024 22:44:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5183445 | | EDI: CAPITALONE.COM | Mar 20 2024 22:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5183066 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 18:57:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5186682 | + | EDI: CITICORP | Mar 20 2024 22:44:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5159138 | + | EDI: CITICORP | Mar 20 2024 22:44:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5159139 | + | EDI: WFNNB.COM | Mar 20 2024 22:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5159140 | + | EDI: WFNNB.COM | Mar 20 2024 22:44:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5159141 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2024 18:46:52 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5159165 | | EDI: CITICORP | Mar 20 2024 22:44:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5186759 | | EDI: Q3G.COM | Mar 20 2024 22:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5159133 | | EDI: PENNDEPTREV | Mar 20 2024 22:44:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5159133 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2024 18:46:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5159142 | + | Email/Text: EBN@edfinancial.com | Mar 20 2024 18:46:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 5164960 | + | Email/Text: EBN@edfinancial.com | Mar 20 2024 18:46:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5188218 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 20 2024 18:46:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5159143 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 20 2024 18:46:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 5159145 | + | Email/Text: mstover@gercls.com | Mar 20 2024 18:46:00 | Great Eastern Resort, PO Box 6006, Charlottesville, VA 22906-6006 |
| 5176438 | | EDI: IRS.COM | Mar 20 2024 22:44:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5159148 | | Email/Text: Collectbknotices@jhfcu.org | Mar 20 2024 18:46:00 | Johns Hopkins Federal Credit Union, Attn: Bankruptcy, 2027 East Monument Street, Baltimore, MD 21205 |
| 5159149 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2024 18:46:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, |

| Recipient # | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Milwaukee, WI 53201-3120 |
| 5170396 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2024 18:46:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5170891 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2024 18:46:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5159151 | + Email/Text: bankruptcy@marinerfinance.com | Mar 20 2024 18:46:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5159152 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2024 18:46:42 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5159153 | + Email/Text: Bankruptcies@nragroup.com | Mar 20 2024 18:46:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5159154 | + EDI: NAVIENTFKASMSERV.COM | Mar 20 2024 22:44:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 5159155 | + Email/Text: bnc@nordstrom.com | Mar 20 2024 18:46:19 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5166581 | EDI: AGFINANCE.COM | Mar 20 2024 22:44:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5159156 | + EDI: AGFINANCE.COM | Mar 20 2024 22:44:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 5183332 | EDI: PRA.COM | Mar 20 2024 22:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5183333 | EDI: PRA.COM | Mar 20 2024 22:44:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5159567 | + EDI: PRA.COM | Mar 20 2024 22:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5170415 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2024 18:47:03 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5183329 | EDI: Q3G.COM | Mar 20 2024 22:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5183328 | EDI: Q3G.COM | Mar 20 2024 22:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5159158 | ^ MEBN | Mar 20 2024 18:40:48 | RoundPoint Mortgage Servicing Corp, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 5175905 | ^ MEBN | Mar 20 2024 18:40:51 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 5172754 | EDI: AISSPRINT | Mar 20 2024 22:44:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 5181751 | + Email/Text: secubankruptcy@secumd.com | Mar 20 2024 18:46:00 | State Employees Credit Union, PO Box 2070, Glen Burnie, MD 21060-2070 |
| 5186171 | + Email/Text: bncmail@w-legal.com | Mar 20 2024 18:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5159161 | EDI: WTRRNBANK.COM | Mar 20 2024 22:44:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 5159163 | + Email/Text: bankruptcydepartment@tsico.com | Mar 20 2024 18:46:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 5159166 | + Email/Text: bankruptcynotification@wellspan.org | Mar 20 2024 18:46:00 | Wellspan Health, 1001 S. George Street, York, PA |

| 5159134 | + Email/Text: kcm@yatb.com | | 17403-3676 |
|---|---|---|---|
| | | Mar 20 2024 18:46:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5436759 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5184502 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5207775 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305734 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5207776 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305735 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig S. Sharnetzka | on behalf of Creditor Springfield Township York County Sewer Authority csharnetzka@cgalaw.com tlocondro@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com;ephillips@cgalaw.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Dawn Michele Gatling dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Christopher L Gatling Sr dmcutaia@gmail.com, cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | |

| | |
| --- | --- |
| | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher L Gatling Sr <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2397 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Dawn Michele Gatling <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5926 <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-00510-HWV | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher L Gatling Sr          Dawn Michele Gatling

**By the court:**

3/20/24

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**